IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>ONEIDA COUNTY BOARD OF ELECTIONS,<br><br>*Defendant.* | CIVIL ACTION NO.<br><br>6:21-CV-793-MAD-ATB |

## JOINT STIPULATION FOR TERMINATION OF CONSENT DECREE

Pursuant to paragraphs 9 and 10 of the Consent Decree, ECF No. 4, the United States of America and the Oneida County Board of Elections (the Board), through their undersigned counsel, hereby stipulate to termination of the Consent Decree entered in this case. ECF No. 4.

The Consent Decree became eligible for termination on December 5, 2024, which is "30 days after the date of the second general election for federal office following the effective date of the Const Decree." Consent Decree ¶ 9. On January 17, 2025, the Board provided a compliance report to counsel for the United States, with a copy to the New York State Board of Elections. *See id*. ¶ 10. On March 19, 2025, the United States informed the Board that its compliance report demonstrated compliance with the Consent Decree's requirements, and that termination of the Consent Decree was therefore appropriate. *See id*.

Therefore, the United States and the Oneida County Board of Elections respectfully stipulate that it is appropriate for this Court to terminate the Consent Decree. *See id*. ¶¶ 9-10.

Respectfully submitted,

Date: March 25, 2025

**For the UNITED STATES OF AMERICA:**

JOHN A. SARCONE, III
United States Attorney
Northern District of New York

/s/ John D. Hoggan, Jr.
JOHN D. HOGGAN, JR.
Assistant United States Attorney
James T. Foley U.S. Courthouse
445 Broadway, Room 218
Albany, NY 12207
Telephone: (518) 431-0247
Facsimile: (518) 431-0386
E-mail: john.hoggan@usdoj.gov

MAC WARNER
Deputy Assistant Attorney General
Civil Rights Division

R. TAMAR HAGLER
RICHARD DELLHEIM
RACHEL EVANS (NDNY Bar No. 520206)
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
Four Constitution Square
150 M Street NE, 8th Floor
Washington, DC 20530
Telephone: (202) 598-9924
Facsimile: (202) 307-3961
Email: rachel.evans@usdoj.gov

**For the ONEIDA COUNTY BOARD OF ELECTIONS:**

AMANDA L. CORTESE-KOLASZ
Oneida County Attorney

CHRISTOPHER J. KALIL
Assistant Oneida County Attorney
800 Park Avenue
Utica, NY 13501
Telephone: (315) 798-5910
Facsimile: (315) 798-5603
E-mail: christopherjkalil@oneidacountyny.gov

Respectfully submitted,

Date: _____, 2025

**For the UNITED STATES OF AMERICA:**

JOHN A. SARCONE, III
United States Attorney
Northern District of New York

MAC WARNER
Deputy Assistant Attorney General
Civil Rights Division

_____
JOHN D. HOGGAN, JR.
Assistant United States Attorney
James T. Foley U.S. Courthouse
445 Broadway, Room 218
Albany, NY 12207
Telephone: (518) 431-0247
Facsimile: (518) 431-0386
E-mail: john.hoggan@usdoj.gov

_____
R. TAMAR HAGLER
RICHARD DELLHEIM
RACHEL EVANS (NDNY Bar No. 520206)
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
Four Constitution Square
150 M Street NE, 8th Floor
Washington, DC 20530
Telephone: (202) 598-9924
Facsimile: (202) 307-3961
Email: rachel.evans@usdoj.gov

**For the ONEIDA COUNTY BOARD OF ELECTIONS:**

AMANDA L. CORTESE-KOLASZ
Oneida County Attorney

_____
CHRISTOPHER J. KALIL
Assistant Oneida County Attorney
800 Park Avenue
Utica, NY 13501
Telephone: (315) 798-5910
Facsimile: (315) 798-5603
Email: christopherjkalil@oneidacountyny.gov

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated: March 31, 2025
Albany, NY

2